# Order

Michigan Supreme Court
Lansing, Michigan

July 26, 2016

Robert P. Young, Jr.,
Chief Justice

152262

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CITY OF EAST LANSING,
          Plaintiff-Appellee,

v

PAUL B. DES LAURIERS,
          Defendant-Appellant.

SC: 152262
COA: 325177
Ingham CC: 14-000244-AV

_____/

       On order of the Court, the application for leave to appeal the May 12, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016



a0718

Clerk